# EXHIBIT A

RESOLUTION NO. B-2394

**A RESOLUTION OF THE CITY COMMISSION OF THE CITY OF LEAVENWORTH, KANSAS, REGARDING CERTAIN JAIL AND PRISON USES ON PROPERTY LOCATED AT 100 HIGHWAY TERRRACE, LEAVENWORTH, KANSAS.**

WHEREAS, the Kansas planning and zoning act, K.S.A. 12-741 *et seq.* (the "Act"), is enabling legislation for the enactment by cities and counties of planning and zoning laws and regulations "for the protection of the public health, safety and welfare" (K.S.A. 12-741(a)); and

WHEREAS, pursuant to the Act, the City of Leavenworth, Kansas (the "City") has adopted certain "Development Regulations" as more particularly set forth in Appendix A of and to the Code of Ordinances, Leavenworth, Kansas (the "City Code"); and

WHEREAS, the Development Regulations, at Sec. 1.01.B, provide that the Development Regulations serve certain purposes, including but not limited to "promote the health, safety, comfort and economic development of the city", to "preserve and protect property values throughout the city", and to "regulate the location and use of buildings and land within each district or zone"; and

WHEREAS, reference is hereby made to that certain jail and prison use (the "Facility") which commenced operations in or about 1992 on and upon that certain real property commonly known and numbered as 100 Highway Terrace, Leavenworth, Kansas, Parcel No. 052-094-18-0-20-01-002.00-0 (the "Property"), which Property is zoned "I-2" Heavy Industrial District; and

WHEREAS, pursuant to Sec. 1.04 of the Development Regulations, if any building, structure, use, or other action or condition is found to be in violation of the Development Regulations, then in addition to other remedies, the City may institute any appropriate action or proceeding to, among other things, (1) prevent the continuance of any unlawful action or condition, (2) correct or abate any violation, and withhold public improvements until the violation is abated or corrected, and (3) prevent the issuance of permits, occupancy of the building, structure or land, and otherwise prevent any further illegal act, conduct business, or use of the premises; and

WHEREAS, pursuant to Sec. 1.05.D.8 of the Development Regulations, when a nonconforming use is abandoned for a period of twenty-four (24) consecutive months, any subsequent use or occupancy of such land shall comply with the regulations of the zoning district in which such land is located; and

WHEREAS, pursuant to Sec. 2.04.C of the Development Regulations, any discontinuance of a special use for more than twelve (12) months enables the City Commission to administratively rescind any right to engage in such special use; and

WHEREAS, the Facility and the Property have not been used as a jail or prison for more than thirty-six (36) calendar months, with such uses having been discontinued and/or abandoned on or about January 1, 2022.

NOW, THEREFORE, BE IT RESOLVED BY THE GOVERNING BODY OF THE CITY OF LEAVENWORTH, KANSAS:

Section 1.    The above recitals are hereby incorporated into this resolution. This resolution is adopted pursuant to the City's authority, obligation, and responsibility to, among other things, protect the public health, safety, and welfare.

Section 2. The Governing Body hereby finds that the use of the Facility and the Property as a jail or prison was discontinued and abandoned on or about January 1, 2022, and has not been reestablished as of the date of this resolution, such that the use was discontinued or abandoned for a period exceeding twelve (12) months for purposes of Sec. 2.04.C of the Development Regulations and for a period exceeding twenty-four (24) consecutive months for purposes of Sec. 1.05.D.8 of the Development Regulations.

Section 3. To the extent the Facility or the Property could be deemed to be or to have been a lawful nonconforming use, then pursuant to Sec. 1.05.D.8 of the Development Regulations, the Governing Body hereby finds that any use of the Facility and/or the Property as a jail or prison is no longer a lawful nonconforming use and that any use as a jail or prison shall and does require a special use permit as provided for in the City's Development Regulations, and that such uses must otherwise comply with all use regulations applicable to new uses in the I-2 zoning district.

Section 4. To the extent the Facility or the Property could be deemed to have or to have had a special use permit or special use designation, then pursuant to Sec. 2.04.C of the Development Regulations, the Governing Body hereby administratively rescinds any and all special use permits or special use designations for the Facility and the Property as a jail and/or prison under City Code and the City's Development Regulations.

Section 5. Nothing herein shall be deemed, by itself, to constitute a waiver by the Governing Body or the City of any provision of the Development Regulations or other applicable law.

Section 6. The Mayor, City Manager, City Attorney, and Director of Planning & Community Development are hereby authorized and directed to take such other actions as may be appropriate, desirable, or necessary to accomplish the purposes of this resolution, including but not limited to the institution or defense of any appropriate legal proceedings related to Facility, the Property, and/or the matters that are the subject of this resolution.

Section 7. This resolution shall be effective upon its adoption by the Governing Body of the City of Leavenworth, Kansas.

**PASSED AND ADOPTED** by the City Commission of the City of Leavenworth, Kansas, this 25th day of March, 2025.

Holly Pittman, Mayor

{SEAL}

ATTEST:

Sarah Bodensteiner, CMC, City Clerk