# EXHIBIT C

ORDINANCE NO. 7911

AN ORDINANCE AMENDING THE 2011 DEVELOPMENT REGULATIONS, ARTICLE II. ADMINISTRATION. SECTION 2.12 APPEALS JURISDICTION; ARTICLE XV. BOARD OF ZONING APPEALS; AND TABLE XVI-1 TABLE OF PERMITTED USES OF THE CITY OF LEAVENWORTH, KANSAS BY AMENDING AND PROVIDING ADDITIONAL AND SUBSTITUTE PROVISIONS.

BE IT ORDAINED BY THE GOVERNING BODY OF THE CITY OF LEAVENWORTH, KANSAS:

Section 1. That the following articles/sections of the 2011 Development Regulations of the City of Leavenworth, Kansas be and are hereby amended by reference and incorporated as fully as if set forth at length herein and the provisions therein shall be controlling within the area of jurisdiction of the City of Leavenworth, Kansas:

> ARTICLE II. ADMINISTRATION. SECTION 2.12 APPEALS JURISDICTION; AND
> ARTICLE XV. BOARD OF ZONING APPEALS; AND
> TABLE XVI-1 TABLE OF PERMITTED USES

Section 2. All sections and portions thereof intended to be omitted clearly marked to show any such omission or showing sections, articles, chapters, parts or portions that are incorporated as the case may be, and to which shall be attached a copy of the incorporated ordinance filed with the City Clerk to be open to inspection and available to the public at all reasonable business hours.

Section 3. That all ordinances found to be in conflict with the amendment to the "2011 Development Regulations" be and the same are hereby repealed.

Section 4. That this ordinance shall take effect and be in force from and after its passage, approval, and publication as provided by law.

Passed by the Leavenworth City Commission on this 13th day of November, 2012.

Mayor Larry Dedeke

ATTEST:

Karen J. Logan, MMC, City Clerk

Summary Published in The Leavenworth Times
Date of Publication: November 16, 2012

Amendment to 2011 Development Regulations Ordinance No. 7911, November 13, 2012