IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CORECIVIC, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 2:25-cv-2457 |
| | ) | |
| **CITY OF LEAVENWORTH, KANSAS,** | ) | |
| **et al.,** | ) | |
| **Defendants.** | ) | |

**PLAINTIFF CORECIVIC, INC.'S INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | Resolution No. B-2394, dated March 25, 2025 |
| B | Leavenworth, KS Development Regulations Excerpts |
| C | Ordinance No. 7911, dated November 13, 2012 |

Dated: August 8, 2025

Respectuflly submitted,

HUSCH BLACKWELL LLP

*/s/ Jacob N. Reinig*
Jacob N. Reinig, MO Bar #72247
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-80280
Jake.Reinig@huschblackwell.com

SCHLAM STONE & DOLAN LLP

Bradley D. Simon (pro hac vice forthcoming)
Thomas A. Kissane  (pro hac vice forthcoming)
26 Broadway, 19th Fl.
New York, New York 10004
Telephone: (212) 344-5400
Fax: (212) 344-7677
bsimon@schlamstone.com
tkissane@schlamstone.com

*Attorneys for Plaintiff CoreCivic, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 8, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record and/or such other means as is appropriate under the Federal Rules of Civil Procedure and this Court's local rules.

*/s/ Jacob N. Reinig*
Attorney