IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CORECIVIC, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 2:25-cv-2457 |
| ) | |
| CITY OF LEAVENWORTH, KANSAS, ) | |
| et al., ) | |
| **Defendants.** ) | |

### PLAINTIFF CORECIVIC'S DESIGNATION OF PLACE OF TRIAL

Pursuant to Local Rule 40.2, Plaintiff CoreCivic, Inc., through its counsel of record, designates that the trial of this matter take place in Kansas City, Kansas.

Dated: August 8, 2025

                                                  Respectuflly submitted,

                                                  HUSCH BLACKWELL LLP

                                                  */s/ Jacob N. Reinig*
                                                  Jacob N. Reinig, MO Bar #72247
                                                  4801 Main Street, Suite 1000
                                                  Kansas City, MO 64112
                                                  Telephone: 816-983-8000
                                                  Facsimile: 816-983-80280
                                                  Jake.Reinig@huschblackwell.com

                                                  SCHLAM STONE & DOLAN LLP

                                                  Bradley D. Simon (pro hac vice forthcoming)
                                                  Thomas A. Kissane  (pro hac vice forthcoming)
                                                  26 Broadway, 19th Fl.
                                                  New York, New York 10004
                                                  Telephone: (212) 344-5400
                                                  Fax: (212) 344-7677
                                                  bsimon@schlamstone.com
                                                  tkissane@schlamstone.com

                                                  *Attorneys for Plaintiff CoreCivic, Inc.*

2

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on August 8, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record and/or such other means as is appropriate under the Federal Rules of Civil Procedure and this Court's local rules.

                                                             */s/ Jacob N. Reinig*
                                                              Attorney