**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **CORECIVIC, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:25-cv-2457 |
| | ) |
| **CITY OF LEAVENWORTH, KANSAS,** | ) |
| **MAYOR HOLLY PITTMAN, MAYOR PRO** | ) |
| **TEM NANCY BAUDER, COMMISSIONERS** | ) |
| **GRIFF MARTIN, JERMAINE WILSON AND** | ) |
| **EDD HINGULA, IN THEIR OFFICIAL** | ) |
| **CAPACITIES AS MEMBERS OF THE** | ) |
| **LEAVENWORTH CITY COMMISSION,** | ) |
| | ) |
| **Defendants.** | ) |

**ENTRY OF APPEARANCE**

David E. Waters of the law firm Spencer Fane LLP enters his appearance in the above-captioned matter on behalf of Defendants City of Leavenworth, Kansas, Mayor Holly Pittman, Mayor Pro Tem Nancy Bauder, and Edd Hingula, in their Official Capacities as Members of the Leavenworth City Commission. Upon information and belief, defendants Griff Martin and Jermaine Wilson, sued in their official capacities as members of the Leavenworth City Commission, have not yet been served with process.

Respectfully submitted,

SPENCER FANE LLP

*/s/ David E. Waters*
David E. Waters          KS #20773
Caleb Phillips           KS #26226
6201 College Boulevard, Suite 500
Overland Park, KS 66211
(913) 345-8100 (telephone)
(913) 345-0736 (facsimile)
dwaters@spencerfane.com
cphillips@spencerfane.com

2

>
> W. Joseph Hatley  KS #12929
> Angus W. Dwyer  KS #26995
> 1000 Walnut, Suite 1400
> Kansas City, MO 64106
> (816) 474-8100 (telephone)
> (816) 474-3216 (facsimile)
> jhatley@spencerfane.com
> adwyer@spencerfane.com
> ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

     I hereby certify that on September 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF Filing System, which will automatically send a notice of electronic filing to all counsel of record in this action.

> */s/ David E. Waters*
> Attorneys For Defendants

2

OP 4208368.1