IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CORECIVIC, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.   ) | Case No. 2:25-cv-2457 |
| ) | |
| **CITY OF LEAVENWORTH, KANSAS,** ) | |
| **MAYOR HOLLY PITTMAN, MAYOR PRO** ) | |
| **TEM NANCY BAUDER, COMMISSIONERS** ) | |
| **GRIFF MARTIN, JERMAINE WILSON AND** ) | |
| **EDD HINGULA, IN THEIR OFFICIAL** ) | |
| **CAPACITIES AS MEMBERS OF THE** ) | |
| **LEAVENWORTH CITY COMMISSION,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM IN OPPOSITION TO MOTION FOR EXTRA PAGES

On Behalf of Defendants City of Leavenworth, Kansas, Mayor Holly Pittman, Mayor Pro Tem Nancy Bauder, and Edd Hingula, in their Official Capacities as Members of the Leavenworth City Commission ("City").[1] Defendants City respectfully submit this memorandum of law in opposition to CoreCivic, Inc.'s District of Kansas Local Rule 7.1(d)(4) motion to exceed the page limits for its memorandum in support of its motion for preliminary injunction.

As this Court has stressed in other cases, the page limits imposed by Local Rule 7.1(d) exist for a reason and are not lightly set aside. Litigators are prolix, by nature or training, and rigorously enforced page limits push back on this tendency by encouraging attorneys to focus on the key issues and get to the point. *See, e.g.,* Exhibit A [Doc. 125 in *Baker v. Watson*, Case No. 23-cv-04022-TC] ("Part of the rationale for establishing page limitations is to focus civil litigants' attention on only the material facts, relevant law, and the areas where there is meaningful

---

[1] Upon information and belief, defendants Griff Martin and Jermaine Wilson, sued in their official capacities as members of the Leavenworth City Commission, have not yet been served with process

dispute."). It also serves to protect the Court from being deluged "with voluminous and unnecessary legal or factual arguments and materials." *Id.* This is a courtesy to both the Court and the parties, who do not ultimately benefit from over-long briefing. As this Court has noted, citing Judge Williamson (and, through him, Chief Justice Roberts), no judge ever "read a brief and wished it were longer." *Id.*, citing Hon. Michael G. Williamson, *The 3-3-3 Rule*, https://www.flmb.uscourts.gov/judges/tampa/williamson/3-3-3_rule.pdf (last visited September 11, 2025).

A party seeking additional pages must "demonstrate[] that [it] would be unable to adequately address the pertinent issues without additional pages." Ex. A; *see also* Exhibit B [Doc. 30 in *Baker, supra*] (denying request for five-page extension where movant "has not explained why it cannot comply with" the fifteen-page limit provided by the rule); Exhibit C [Oral ruling in *Ulusemre v. Dombrowsky*, Case No. 24-cv-04095-TC, pp. 39-40] (denying motion to exceed page limits for a motion to dismiss to be filed on behalf of 18 separate defendants, whose defenses were not entirely common to one another.)

The rationales provided by CoreCivic—the generic and conclusory claim that the motion "presents complex factual and legal circumstances" (Doc. 5 at ¶ 8), that appellate courts have issued 24- and 30-page opinions in other cases on related subjects (*id.* at ¶ 11), and that "counsel believes" that this motion is really more akin to a summary judgment motion than a garden-variety injunction motion (*id.* at ¶ 12)—do not meet this burden. The relevant question here is not whether the issues are complex, but whether it is actually impossible to brief them within the fifteen-page limit imposed by the rule. CoreCivic has not demonstrated that this is the case, nor, indeed, provided anything beyond its own conclusory *ipse dixit* in support of this proposition. Respectfully, the motion should be denied.

Respectfully submitted,

SPENCER FANE LLP

*/s/ Angus W. Dwyer*

| | |
|---|---|
| David E. Waters | KS #20773 |
| Caleb Phillips | KS #26226 |

6201 College Boulevard, Suite 500
Overland Park, KS 66211
(913) 345-8100 (telephone)
(913) 345-0736 (facsimile)
dwaters@spencerfane.com
cphillips@spencerfane.com

| | |
|---|---|
| W. Joseph Hatley | KS #12929 |
| Angus W. Dwyer | KS #26995 |

1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100 (telephone)
(816) 474-3216 (facsimile)
jhatley@spencerfane.com
adwyer@spencerfane.com
ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF Filing System, which will automatically send a notice of electronic filing to all counsel of record in this action.

*/s/ Angus W. Dwyer*  `
Attorneys for Defendants

4

OP 4208019.1