# EXHIBIT A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### DISTRICT OF KANSAS

**Notice of Electronic Filing**

The following transaction was entered on 12/3/2024 at 8:16 AM CST and filed on 12/3/2024
**Case Name:**       Baker et al v. Watson et al
**Case Number:**     5:23-cv-04022-TC
**Filer:**
**Document Number:** 125(No document attached)

**Docket Text:**
**ORDER denying the parties' joint motion, Doc. [124]. The parties filed memoranda in support of their competing summary judgments motions that complied with local rules concerning the page limitations in D. Kan. R. 7.1(d). Docs. 120 & 122. Nonetheless, the parties now jointly request additional pages to file their responses. Doc. 124 at 1-2. Part of the rationale for establishing page limitations is to focus civil litigants' attention on only the material facts, relevant law, and the areas where there is a meaningful dispute. In addition, enforcing known page limitations help prevent overwhelming the record with voluminous and unnecessary legal or factual arguments and materials.** *See* **Hon. Michael G. Williamson,** *The 3-3-3 Rule,* **https://www.flmb.uscourts.gov/judges/tampa/williamson/3-3-3_rule.pdf (last visited November 22, 2024) (attributing to Chief Justice Roberts the quip that he had never read a brief and wished it were longer). And nothing in the parties' joint motion demonstrates that they would be unable to adequately address the pertinent issues without additional pages.** *Contra* **Doc. 152 at 3-5. As a result, the joint request for additional pages is DENIED. Signed by District Judge Toby Crouse on 12/3/24. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ta)**

**5:23-cv-04022-TC Notice has been electronically mailed to:**

W. Joseph Hatley     jhatley@spencerfane.com, jshelby@spencerfane.com

Gregory P. Goheen     ggoheen@mvplaw.com, kbrokesh@mvplaw.com

Linus L. Baker     linusbaker@prodigy.net

Richard S. Gordon     sgordon@ksde.org

Stephanie Lovett-Bowman     slovettbowman@spencerfane.com, jshelby@spencerfane.com, stephanie-lovett-bowman-6312@ecf.pacerpro.com

Angus W. Dwyer     adwyer@spencerfane.com, lvile@spencerfane.com

**5:23-cv-04022-TC Notice has been delivered by other means to:**