# EXHIBIT B

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### DISTRICT OF KANSAS

**Notice of Electronic Filing**

The following transaction was entered on 7/7/2023 at 2:40 PM CDT and filed on 7/7/2023
**Case Name:**        Baker et al v. Watson et al
**Case Number:**      [5:23-cv-04022-TC-TJJ](#)
**Filer:**
**Document Number:** 30(No document attached)

**Docket Text:**
**ORDER denying Defendant Blue Valley's motion to exceed page limits, Doc. [29]. Blue Valley seeks leave to file a response to Plaintiffs' 15-page motion for preliminary injunction "with an argument of up to twenty (20) pages in length." Doc. [29] at 1 (emphasis added). Under D. Kan. R. 7.1(d)(3), responsive briefs "must not exceed 15 pages." Thus, that page limit refers to the entire brief, not merely the argument. Blue Valley has not explained why it cannot comply with that limit when Plaintiffs' brief has done so. Its motion, Doc. [29], is therefore denied. Signed by District Judge Toby Crouse on 7/7/23. (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry.) (ta)**

**5:23-cv-04022-TC-TJJ Notice has been electronically mailed to:**

W. Joseph Hatley     jhatley@spencerfane.com, jshelby@spencerfane.com

Gregory P. Goheen     ggoheen@mvplaw.com, kbrokesh@mvplaw.com

Linus L. Baker     linusbaker@prodigy.net

Richard S. Gordon     sgordon@ksde.org

Stephanie Lovett-Bowman     slovettbowman@spencerfane.com, jshelby@spencerfane.com, stephanie-lovett-bowman-6312@ecf.pacerpro.com

Angus W. Dwyer     adwyer@spencerfane.com, aseacat@spencerfane.com

**5:23-cv-04022-TC-TJJ Notice has been delivered by other means to:**