IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CORECIVIC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CITY OF LEAVENWORTH, KANSAS, ) | |
| MAYOR HOLLY PITTMAN, MAYOR PRO ) | Case No. 2:25-cv-2457-TC-GEB |
| TEM NANCY BAUDER, COMMISSIONERS ) | |
| GRIFF MARTIN, JERMAINE WILSON AND ) | |
| EDD HINGULA, IN THEIR OFFICIAL ) | |
| CAPACITIES AS MEMBERS OF THE ) | |
| LEAVENWORTH CITY COMMISSION. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF CORECIVIC'S MOTION FOR PRELIMINARY
INJUNCTION AND DECLARATORY RELIEF**

Plaintiff CoreCivic, Inc. ("CoreCivic") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 65(a), for an order preliminarily enjoining the enforcement of a Kansas District Court temporary injunction (the "State Temporary Injunction"), which gives immediate effect to a resolution of the Leavenworth City Planning Commission ("the Resolution") purporting to rescind CoreCivic's long-established and until-recently-undisputed right to operate a detention center at 100 Highway Terrace in Leavenworth, Kansas (the "Property"), and for a declaration that the Resolution violates the Supremacy Clause by preventing CoreCivic from operating a civil immigrant detention center at the Property, and at which U.S. Immigration and Customs Enforcement ("ICE") wishes for CoreCivic to operate a facility to meet the Federal Government's urgent needs with respect to immigration detainees, and thereby interferes with the Federal Government's immigration enforcement operations. The City's conduct and effort to enforce the Resolution constitute ongoing violations of the Supremacy Clause of the United States Constitution and other federal rights.

As set forth more fully in CoreCivic's Memorandum of Law in Support, filed contemporaneously herewith, the Resolution unlawfully interferes with the Federal Government's immigration enforcement operations and CoreCivic's right to contract with ICE, and CoreCivic meets the standard for preliminary relief. CoreCivic is substantially likely to succeed on the merits of its claims, it will suffer irreparable injury if the requested injunction is denied, CoreCivic's threatened injury outweighs the injury the opposing party will suffer under the injunction, and the requested injunction is not adverse to the public interest. *Beltronics USA, Inc. v. Midwest Inventory Distribution, LLC*, 562 F.3d 1067, 1070 (10th Cir. 2009).

WHEREFORE, CoreCivic respectfully requests the Court enter an order:

A. Staying the State Temporary Injunction to the extent it prevents CoreCivic from operating a civil immigrant detention center at CoreCivic's Property, pending a resolution of CoreCivic's claims in this action;

B. Declaring that the Resolution violates the Supremacy Clause of the U.S. Constitution to the extent it prevents CoreCivic from operating a civil immigrant detention center at CoreCivic's Property pursuant to an agreement with ICE;

C. Declaring that the Resolution violates the Supremacy Clause of the U.S. Constitution to the extent it prevents CoreCivic from negotiating or contracting with ICE to house civil immigration detainees at CoreCivic's Property;

D. Enjoining Defendants, pending resolution of CoreCivic's claims in this action, from taking any action to prevent CoreCivic from operating a civil immigrant detention center at CoreCivic's Property; and

E. For such other and further relief as the Court deems just and equitable.

Dated: September 15, 2025

                                        Respectfully submitted,

**HUSCH BLACKWELL LLP**

/s/ *Kyle Tanner*
Kyle Tanner, KS Bar #29866
Jacob N. Reinig, MO Bar #72247
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-80280
Kyle.Tanner@huschblackwell.com
Jake.Reinig@huschblackwell.com

**SCHLAM STONE & DOLAN LLP**

/s/ *Bradley D. Simon*
Bradley D. Simon (pro hac vice forthcoming)
Thomas A. Kissane (pro hac vice forthcoming)
26 Broadway, 19th Fl.
New York, New York 10004
Telephone: (212) 344-5400
Fax: (212) 344-7677
bsimon@schlamstone.com
tkissane@schlamstone.com

*Attorneys for Plaintiff CoreCivic, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 15, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Kyle Tanner*
Attorney