#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CORECIVIC, INC.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|                   **v.** | )   Case No. 25-cv-02457-TC-GEB |
| | ) |
| **CITY OF LEAVENWORTH, KANSAS, et al.,** | ) |
| | ) |
|     **Defendants**. | ) |

#### DEFENDANTS' EXPEDITED MOTION TO SHORTEN THE TIME
#### FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO STRIKE

Defendants the City of Leavenworth, Kansas ("City"), Mayor Holly Pittman, Mayor Pro Tem Nancy Bauder, and Commissioners Edd Hingula, Griff Martin, and Jermaine Wilson ("Defendants"), by and through their undersigned counsel, respectfully move the Court to shorten the time for Plaintiff CoreCivic, Inc. ("Plaintiff" or "CoreCivic") to respond to their Expedited Motion to Strike Plaintiff's Motion for Preliminary Injunction and Declaratory Relief and the Memorandum in Support Thereof ("Motion to Strike"). Specifically, Defendants request that the Court shorten the time for CoreCivic to respond to the Motion to Strike such that its response will be due no later than 4:00 p.m. CDT on September 22, 2025. This will give Defendants sufficient time to file any reply they deem appropriate in advance of the scheduling conference, currently set for 9:30 a.m. on September 24.

CoreCivic filed its Motion for Preliminary Injunction and Declaratory Relief (Doc. 12) on September 15, 2025; under D. Kan. Rule 6.1(d), Defendants' response to that motion is currently due September 29, 2025. Defendants are filing their Motion to Strike CoreCivic's motion and overlength brief contemporaneously with this motion; thus, CoreCivic's deadline for responding to the Motion to Strike would ordinarily be October 2, 2025, which is *after* Defendants' response to CoreCivic's motion for preliminary injunction is due. Unless the Court shortens the time for

CoreCivic to respond to the Motion to Strike, Defendants will be required to respond to CoreCivic's overlength brief before CoreCivic must respond to the Motion to Strike, which would render the Motion to Strike moot. Further, given CoreCivic's apparent noncompliance with the Court's local rules as detailed in the Motion to Strike, the time for Defendants to respond to the motion for preliminary injunction continues to run without Defendants knowing what they must respond to.

The Court has discretion to shorten a briefing schedule for good cause shown. Fed. R. Civ. P. 6(b); *Cowdin v. Sears, Roebuck & Co.*, 04-2045-KHV, 2005 WL 8160327, at *2 (D. Kan. Aug. 4, 2005) (shortening time for briefs on motions to compel). As explained above, Defendants have shown good cause for an order shortening CoreCivic's deadline for responding to Defendants' Motion to Strike.

WHEREFORE, Defendants respectfully request that the Court expedite its review of this motion and order that Plaintiff's response to Defendants' Motion to Strike be filed on or before 4:00 p.m. CDT on September 22, 2025, and grant any such further relief deemed just.

    Respectfully submitted,

    SPENCER FANE LLP

    /s/ David E. Waters
    David E. Waters    KS #20773
    Caleb P. Phillips    KS #26226
    6201 College Boulevard, Suite 500
    Overland Park, KS 66211
    (913) 345-8100 (telephone)
    (913) 345-0736 (fascimile)
    dwaters@spencerfane.com
    cphillips@spencerfane.com

3

        W. Joseph Hatley    KS #12929
        Angus W. Dwyer    KS #26995
        1000 Walnut, Suite 1400
        Kansas City, MO 64106
        (816) 474-8100 (telephone)
        (816) 474-3216 (facsimile)
        jhatley@spencerfane.com
        adwyer@spencerfane.com

        ATTORNEYS FOR DEFENDANT CITY OF LEAVENWORTH, KANSAS

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 18, 2025, I filed this document utilizing this Court's electronic filing system, which will automatically transmit notice of the foregoing to all CM/ECF users.

        /s/ David E. Waters

OP 4214300.1