# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**CORECIVIC, INC.,** )
) Case Number: **25-2457**
Plaintiff, )
**vs.** )
)
**CITY OF LEAVENWORTH, KANSAS,** )
)
Defendant. ) Date of Hearing: **9/24/25**
_____ )

## CIVIL MINUTE SHEET – SCHEDULING HEARING

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **4 minutes** |

**APPEARANCES:**       parties appear:  **IN PERSON in Topeka, KS**

*Plaintiff –*   *Kyle Tanner / Brad Simon*
*Defendant –*   *W. Joseph Hatley / David Waters*
*The Department of Justice expressed an interest in the litigation, Doc. 23, but did not appear.*

**NATURE OF HEARING:**

Pending motions at issue:

Doc. 12        Motion for Preliminary Injunction and Declaratory Relief
Doc. 22        Motion to Strike Motion for Preliminary Injunction
Doc. 23        Motion for Order to Shorten Time for Plaintiff to Respond

The Court DENIES the Motions to Strike and for an Order, Docs. 22 and 23, for reasons reflected on the record.

The Court sets deadlines for filing any motion to dismiss and also sets a hearing on the Motion for Preliminary Injunction and/or a forthcoming to dismiss:

    Motions deadline:        10/10/25
    Responses:               10/31/25
    Replies, if any:         11/7/25
    Motion Hearing:          11/25/25 at 3:00 p.m. in Topeka, KS, Courtroom 401

In the event the plaintiff desires to file an amended Motion for Preliminary Injunction so as to avoid the argument that it violates the page limitations by appending a declaration from counsel that makes legal arguments, Doc. 13-2, counsel for the parties are directed to coordinate filing of the same in a way that does not offend the aforementioned briefing schedule.