## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CORECIVIC, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| CITY OF LEAVENWORTH, KANSAS, | ) |
| MAYOR HOLLY PITTMAN, MAYOR PRO | )    Case No. 2:25-cv-2457-TC-GEB |
| TEM NANCY BAUDER, COMMISSIONERS | ) |
| GRIFF MARTIN, JERMAINE WILSON AND | ) |
| EDD HINGULA, IN THEIR OFFICIAL | ) |
| CAPACITIES AS MEMBERS OF THE | ) |
| LEAVENWORTH CITY COMMISSION. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF CORECIVIC, INC.'S INDEX OF EXHIBITS
FOR MEMORANDUM OF LAW IN SUPPORT OF AMENDED MOTION
FOR PRELIMINARY INJUNCTION AND DECLARATORY RELIEF**

| Exhibit | Description |
|---|---|
| A | Bradley D. Simon Declaration |
| B | Bart Verhulst Declaration |
| C | Juan Verhulst Declaration |