# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CORECIVIC, INC.,

    Plaintiff,

    v.

CITY OF LEAVENWORTH, KANSAS,
MAYOR HOLLY PITTMAN,
MAYOR PRO TEM NANCY BAUDER,
COMMISSIONERS GRIFF MARTIN,
JERMAINE WILSON, AND EDD
HINGULA, IN THEIR OFFICIAL
CAPACITIES AS MEMBERS OF THE
LEAVENWORTH CITY COMMISSION,

    Defendants.

UNITED STATES OF AMERICA,

    Interested Party.

Case No. 2:25-cv-02457-TC-GEB

## **NOTICE**

    The United States submits this Notice to inform the Court that the United States Attorney for the District of Kansas, Ryan A. Kriegshauser, plans to attend the upcoming hearing on Plaintiff CoreCivic, Inc.'s Amended Motion for Preliminary Injunction and Declaratory Relief (Doc. 36), which is scheduled for next Tuesday, November 25, 2025. Due to the importance of this matter to the United States, he will be available to answer questions the Court may have, if any, regarding the United States' Statement of Interest (Doc. 27), which expresses the United States' strong opposition to the "aggressive and unlawful effort by the City of Leavenworth, Kansas[,] . . . to interfere with federal immigration enforcement." Doc. 27 at 1.

#

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

s/ Ryan A. Kriegshauser
Ryan A. Kriegshauser, #23942
United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101
Tel.: (913) 551-6730
Fax: (913) 551-6541
ryan.kriegshauser@usdoj.gov

Attorney for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2025, the foregoing Notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Defendant's counsel of record.

s/ Ryan A. Kriegshauser
Ryan A. Kriegshauser

2

#