UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **CORECIVIC, INC.,** ) | |
| ) | Case Number:   **25-2457** |
| Plaintiff, ) | |
| **vs.** ) | |
| ) | |
| **CITY OF LEAVENWORTH, KANSAS,** ) | |
| ) | |
| Defendant. ) | Date of Hearing:   **11/25/25** |
| _____ ) | |

## CIVIL MINUTE SHEET – INJUNCTION HEARING

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Melinda Barnes** |
| TOTAL TIME IN COURT: | **1 hour, 45 minutes** |

**APPEARANCES:**       parties appear:  **IN PERSON in Topeka, KS**

*Plaintiff –*     Brad Simon / Thomas Kissane / Kyle Tanner
*Defendant –*    W. Joseph Hatley / David Waters
*United States - Interested Party –* Ryan Kriegshauser / Chris Allman / Bryan Clark

**NATURE OF HEARING:**

Pending motions/responses/replies at issue:

| | | |
|---|---|---|
| 09/26/2025 | 36 | Amended MOTION for Preliminary Injunction *and Declaratory Relief* by Plaintiff CoreCivic, Inc. (Tanner, Kyle) (Entered: 09/26/2025) |
| 09/26/2025 | 37 | MEMORANDUM IN SUPPORT of 36 Amended MOTION for Preliminary Injunction *and Declaratory Relief* by Plaintiff CoreCivic, Inc. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A-Declaration of Bradley D. Simon, # 3 Exhibit B-Declaration of Bart Verhulst, # 4 Exhibit C-Declaraton of Juan Acosta)(Tanner, Kyle) (Entered: 09/26/2025) |
| 10/07/2025 | 39 | MEMORANDUM IN OPPOSITION by Defendants Nancy Bauder, Edd Hingula, Leavenworth, Kansas, City of, Griff Martin, Holly Pittman, Jermaine Wilson re 36 Amended MOTION for Preliminary Injunction *and Declaratory Relief* (Attachments: # 1 Exhibit Exhibit A - CoreCivic Sept. 29, 2025 Press Release, # 2 Exhibit Exhibit B - CoreCivic 2024 10-K, # 3 Exhibit Exhibit C - Roberta Beier Declaration, # 4 Exhibit Exhibit D - CoreCivic Brief Filed in Kansas Court of Appeals, # 5 Exhibit Exhibit E - CoreCivic State Court Petition)(Hatley, W.) (Entered: 10/07/2025) |
| 10/10/2025 | 41 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to Dismiss for Lack of Jurisdiction ( Response deadline 10/31/2025) by Defendants Nancy |

|  |  |  |
|---|---|---|
|  |  | Bauder, Edd Hingula, Leavenworth, Kansas, City of, Griff Martin, Holly Pittman, Jermaine Wilson (Hatley, W.) (Entered: 10/10/2025) |
| 10/10/2025 | 42 | MEMORANDUM IN SUPPORT of 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction by Defendants Nancy Bauder, Edd Hingula, Leavenworth, Kansas, City of, Griff Martin, Holly Pittman, Jermaine Wilson (Attachments: # 1 Exhibit A - First Amended State Court Petition, # 2 Exhibit B - State Court Temporary Injunction, # 3 Exhibit C - CoreCivic Brief Filed in Kansas Court of Appeals)(Hatley, W.) (Entered: 10/10/2025) |
| 10/31/2025 | 44 | MEMORANDUM IN OPPOSITION by Plaintiff CoreCivic, Inc. re 41 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM MOTION to Dismiss for Lack of Jurisdiction (Tanner, Kyle) (Entered: 10/31/2025) |
| 11/07/2025 | 47 | REPLY TO RESPONSE TO MOTION by Defendants Nancy Bauder, Edd Hingula, Leavenworth, Kansas, City of, Griff Martin, Holly Pittman, Jermaine Wilson re: 41 Motion to Dismiss for Failure to State a Claim,, Motion to Dismiss/Lack of Jurisdiction, (Hatley, W.) (Entered: 11/07/2025) |

**The Court DENIES the Plaintiff's Amended Motion for Preliminary Injunction, Doc. 36, as reflected on the record.**

**The Court GRANTS Defendant's Motion to Dismiss, Doc. 41, as reflected on the record.**

**This case is dismissed.**